421 A.2d 213

**ESTATE of Nellie SELINSKY, Deceased.**

**Appeal of Julia GRICAR, Caveator.**

Supreme Court of Pennsylvania.

Argued Oct. 1, 1980.

Decided Nov. 3, 1980.

Davis G. Yohe, Peacock, Keller, Yohe, Day & Ecker, Washington, for appellant.

Kris A. Vanderman, Murphy, France & Vanderman, Charleroi, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Washington County is affirmed. Each party is to pay own costs.